UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRITZ ROGENUS,

          Plaintiff,

-vs-                                         Case No. 6:05-cv-1138-Orl-28JGG

DONALD NEUFELD, USCIS DISTRICT
DIRECTOR FOR MIAMI, EDUARDO
AGUIRRE, JR. USCIS DIRECTOR,
MICHAEL CHERTOFF, SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY,

          Defendants.

## ORDER

This case is before the Court on Defendants' Motion to Dismiss for Mootness (Doc. 12) filed January 30, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed February 16, 2006 (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Dismiss for Mootness (Doc. 12) is **GRANTED**. This case is **DISMISSED**. All pending motions are **DENIED as moot**. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of March, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party